Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                                     Case No.:  12–19100–JNP
                                                     Chapter:  13
                                                     Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mark A Jones Sr.
   PO Box 288
   Leesburg, NJ 08327

Social Security No.:
   xxx–xx–9942

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/19/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 19, 2016
JJW: cmf

                                                                                                  James J. Waldron
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-19100-JNP
Mark A Jones Sr.                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Dec 19, 2016
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.
```
db              +Mark A Jones Sr.,    PO Box 288,    Leesburg, NJ 08327-0288
515231993       +Kondaur Capital Corporation,    333 South Anita Drive, Suite 400,    Orange CA 92868-3314
515231994       +Kondaur Capital Corporation,    333 South Anita Drive, Suite 400,    Orange CA 92868,
                 Kondaur Capital Corporation,    333 South Anita Drive, Suite 400,    Orange CA 92868-3314
512936166       +Liberal Finance,    1915 Route 46 East,    Parsipanny, NJ 07054-1300
513087034       +Marisa Santiago,    PO Box 196,    Woodbine, New Jersey 08270,    CS#50325185A 08270-0196
512936169       +SLM Financial,    300 Continental Drive,    Newark, DE 19713-4339
513073948       +South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
512936170        Sprint,    PO Box 749,    Overland, KS  66207
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
512936160       +EDI: ATTWIREBK.COM Dec 19 2016 23:23:00      AT&T Credit Management,    PO Box 721440,
                 Norman, OK 73070-8110
512936161       +E-mail/Text: bankruptcy@pepcoholdings.com Dec 19 2016 23:38:55      Atlantic City Electric,
                 5 Collins Drive,    Suite 2133,    Carneys Point, NJ 08069-3600
512936162       +EDI: BANKAMER.COM Dec 19 2016 23:23:00      BAC Home Loans Servicing,    Customer Service,
                 PO Box 5170,    Simi Valley, CA 93062-5170
513199647       +EDI: BANKAMER.COM Dec 19 2016 23:23:00      Bank of America, N.A.,    7105 Corporate Drive,
                 Plano, TX 75024-4100
512936163       +EDI: CAPITALONE.COM Dec 19 2016 23:23:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
512936164       +EDI: AMINFOFP.COM Dec 19 2016 23:23:00      First Premier Bank,    601 SOuth Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
512936165        EDI: JEFFERSONCAP.COM Dec 19 2016 23:23:00      Jefferson Capital Systems,    16 McLeland Road,
                 St. Cloud, MN 56303
513193210        EDI: JEFFERSONCAP.COM Dec 19 2016 23:23:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
512936167       +EDI: MID8.COM Dec 19 2016 23:23:00      Midland Credit,    8875 Aero Drive,   Suite 200,
                 San Diego, CA 92123-2255
512936168       +E-mail/Text: csidl@sbcglobal.net Dec 19 2016 23:39:32      Premier Bankcard,    PO Box 2208,
                 Vacaville, CA 95696-8208
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Jefferson Capital Systems LLC
cr*             +BANK OF AMERICA, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
cr*             +Kondaur Capital Corporation,    333 South Anita Drive,,   Suite 400,    Orange, CA 92868-3314
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dori L. Scovish    on behalf of Creditor    BANK OF AMERICA, N.A. doris@efwlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 19, 2016
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Joshua I. Goldman   on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Moshe  Rothenberg    on behalf of Debtor Mark A Jones Sr. mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com
        Sean M. O'Brien   on behalf of Creditor    Kondaur Capital Corporation sobrien@flwlaw.com
                                                                                                                                                                                                                         TOTAL: 7